■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MARTINEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hayes, J.), rendered May 15, 1984, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's present attack upon certain portions of the trial court's charge is unpreserved for appellate review as a matter of law *(see,* CPL 470.05 [2]; *People v DeJesus,* 132 AD2d 564, *lv denied* 70 NY2d 799). In any event, his contention is without merit as the court's instructions adequately conveyed the proper standards for evaluating the issue of accessorial liability *(see, e.g., People v Griffin,* 132 AD2d 670, *lv denied* 70 NY2d 955; *People v Newton,* 120 AD2d 751, *lv denied* 68 NY2d 759; *People v Compitiello,* 118 AD2d 720, *lv denied* 67 NY2d 941), and accurately emphasized the jury's duty to evaluate the evidence as to the defendant and his codefendant separately. Lawrence, J. P., Rubin, Spatt and Sullivan, JJ., concur.